People ex rel. Albert F. Webb, Appellee, v. William F. Propper et al., Defendants.
Appeal of William H. Winterhoff et al., Appellants.

Gen. No. 40,709.

opinion filed December 13, 1939. O. I. Lewis, for appellants; O. I. Lewis, of counsel; Herbert A. Ellis, for defendant William F. Propper; John T. Murray, for appellee. Opinion by JUSTICE BURKE. ''Not to be published in full.''

John Zuncic et al., Appellees, v. Jan Franc et al., also known as Educational and Benevolent Society ''Ylova'' of Chicago, Appellants.

Gen. No. 40,721.

Joseph E. Serhant and Wright & Kamin, for appellants; Leo J. Pelej and Alfred Kamin, of counsel; B. M. Steiner, for appellees. Opinion by JUSTICE BURKE. ''Not to be published in full.''